IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:20cr26-MHT |
| | ) | (WO) |
| KURTIS LA'DAIR THOMAS | ) | |

**JUDGMENT**

Upon consideration of the government's motion to dismiss the indictment in the interests of justice (doc. no. 5), it is ORDERED, ADJUDGED, AND DECREED that the motion is granted, and the indictment (doc. no. 1) is dismissed.

It is further ORDERED that the arrest warrant (doc. no. 3) is vacated.

This case is closed.

DONE, this the 18th day of March, 2020.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**